

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2022

No. 04-21-00588-CR

Thomas Peter **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9005
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On July 18, 2022, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313. 320–21 (Tex. Crim. App. 2014). After consideration, we **GRANT** appellant's request for a copy of the record, and we **ORDER** the district clerk of Bexar County to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2019-CR-9005 to appellant at:

Thomas Cortez, #651957
200 North Comal
San Antonio, Texas, 78207

We **FURTHER ORDER** the district clerk to file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant. Appellant's brief will be due 30 days after the date the record was sent to appellant.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court